UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID JORDAN, | )<br>) |
| v. | )  No. 3:23-cv-00677<br>) |
| PHUOC D LE | )<br>)<br>)<br>)<br>) |

**ORDER**

The parties shall proceed to mediation before case management proceeds. Accordingly, the Court rules as follows:

1. No later than October 10, 2023, the parties **SHALL**: (1) obtain a mediator, and (2) file a joint notice with the Court identifying the mediator and the mediation date;

2. Mediation **SHALL** take place within 90 days from the date of this Order;

3. In accordance with Local Rule 16.05(b), within two (2) business days following the mediation, the mediator shall file a report on a form available on the Court's website indicating: (1) The date on which the mediation occurred; (2) Whether all required parties were present; (3) Whether the case settled at the conclusion of the mediation; (4) Whether the mediation was continued with the consent of the parties; (5) Whether the mediation was terminated without a settlement.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
CHIEF UNITED STATES DISTRICT JUDGE